HIRSHBERGER, Respondent, *v.* MANHATTAN RY. Co. *et al.*, Appellants.

*(Superior Court of New York City, General Term.   March 14, 1892.)*

Appeal from special term.

Action by Eliza L. Hirshberger against the Manhattan Railway Company and another.

Argued before SEDGWICK, C. J., and DUGRO and GILDERSLEEVE, JJ.

*Joseph E. Lord,* for appellants.   *Charles A. B. Pratt, Jr.,* for respondent.

PER CURIAM.   The questions raised by the appellants in this case are the same that have been decided unfavorably to them in *Seebach* v. *Railroad Co.,* 18 N. Y. Supp. 208, (argued this term.)   Judgment affirmed, with costs.

---

McSORLEY, Respondent, *v.* PRAGUE, Appellant.

*(Superior Court of New York City, General Term.   January 29, 1892.)*

Appeal from judgment on report of referee.

Action by Alexander McSorley against John G. Prague to recover a balance on an account for plumbing work.

Argued before FREEDMAN, MCADAM, and GILDERSLEEVE, JJ.

*Charles W. Dayton,* for appellant.   *Hatch & Warren,* for respondent.

PER CURIAM.   We find no errors in the rulings of sufficient weight to warrant a reversal.   The testimony satisfactorily sustains the findings of the referee, and justifies the judgment rendered.   For the reasons set forth in the opinion of the referee, the judgment is affirmed, with costs.

---

OTTER, Respondent, *v.* METROPOLITAN EL. RY. Co. *et al.*, Appellants.

*(Superior Court of New York City, General Term.   March 14, 1892.)*

Appeal from judgment on report of referee.

Action by John M. Otter against the Metropolitan Elevated Railway Company and the Manhattan Railway Company for damages and an injunction.

Argued before SEDGWICK, C. J., and DUGRO and GILDERSLEEVE, JJ.

*Davies & Rapallo,* for appellants.   *Sackett & Bennett,* for respondent.

GILDERSLEEVE, J.   This is an appeal by the defendants from a judgment in favor of the plaintiff, entered on the report of a referee.   The judgment restrains and enjoins the defendants from maintaining and operating their elevated railway in front of plaintiff's premises No. 946 Second avenue, in the city of New York, unless the defendants pay to the plaintiff the sum of $2,100 in exchange for a conveyance and release of the property taken by them; and the judgment also decrees that the plaintiff recover of the defendants the sum of $1,782.76, past damages, interest, costs, and extra allowance. We find no questions of law arising on this appeal that have already been repeatedly decided against the defendants, except so far as the rulings on the admission of evidence are concerned; and, as to these rulings of the referee, we find no error of sufficient weight to warrant a reversal of the judgment. A fair preponderance of evidence sustains the findings of the referee, and justifies the judgment.   It therefore follows that the judgment appealed from must be affirmed, with costs.